UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RODRIGUEZ,<br>Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS SERVICES, LLC., *et al*.,<br>Defendants. | Case No. 2:24-cv-10033-CV (JPRx)<br><br>**OMNIBUS ORDER GRANTING STIPULATIONS TO DISMISS DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., MCCARTHY, BURGESS AND WOLFF, INC., AND VERIZON WIRELESS SERVICES, LLC**<br><br>**[DOC. ## 56, 57, 58, 61]** JS-6 |

**Stipulation to Dismiss Defendant Equifax Information Services, LLC [Doc. # 56]**

On February 5, 2026, Plaintiff Joseph Rodriguez and Defendant Equifax Information Services, LLC filed a Stipulation to Dismiss Defendant Equifax Information Services, LLC with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a) ("First Stipulation"). Doc. # 56 ("First Stipulation").

The Court, having considered the First Stipulation and good cause having been found, hereby GRANTS the First Stipulation and ORDERS that Defendant Equifax

Information Services, LLC is DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

**Stipulation to Dismiss Defendant Experian Information Solutions, Inc. [Doc. # 57]**

On February 5, 2026, Plaintiff Joseph Rodriguez and Defendant Experian Information Solutions, Inc. filed a Stipulation to Dismiss Defendant Experian Information Solutions, Inc. with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a) ("Second Stipulation"). Doc. # 57.

The Court, having considered the Second Stipulation and good cause having been found, hereby GRANTS the Second Stipulation and ORDERS Defendant Experian Information Solutions, Inc. is DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

**Stipulation to Dismiss Defendant McCarthy, Burgess and Wolff, Inc. [Doc. # 58]**

On February 17, 2026, Plaintiff Rodriguez filed a Stipulation to Dismiss Defendant McCarthy, Burgess & Wolff, Inc. with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a) ("Third Stipulation"). Doc. # 58.

The Court, having considered the Third Stipulation and good cause having been found, hereby GRANTS the Third Stipulation and ORDERS Defendant McCarthy, Burgess and Wolff, Inc. is DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

**Stipulation to Dismiss Defendant Verizon Wireless Services, LLC [Doc. # 61]**

On April 21, 2026, Plaintiff Rodriguez and Defendant Verizon Wireless Services, LLC filed a Stipulation to Dismiss Defendant Verizon Wireless Services, LLC with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a). Doc. # 61 (the "Fourth Stipulation").

The Court, having considered the Fourth Stipulation and good cause having been found, hereby GRANTS the Fourth Stipulation and ORDERS that Defendant Verizon Wireless Services, LLC is DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

Because all Defendants have been DISMISSED WITH PREJUDICE, the Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: November 3, 2026

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE